Philip L. Stimac
395 Greenstone Drive
Reno, NV 89512
PH. 775 742 4961

In Pro Se

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 0 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Philip L. Stimac; In
Defense of a Lady, Inc.;

Plaintiffs

vs.

Eric Holder, U.S. Attorney General, etc.,
et al

Defendants

Case No. 3:12-cv-576 RCJ

Request For Judicial Notice

[ Set Three ]

PURSUANT TO RULE 201 of the Federal Rules of Evidence, plaintiff Philip L. Stimac respectfully requests this honorable court take judicial notice of his FOIA request made to the Unites States Marshal Service.

Dated: November 1, 2012

PHILIP L. STIMAC

Stimac vs. Holder      RJN Set 3

# Phil Stimac

395 Greenstone Dr.
Reno, NV 89512

November 1, 2012

FOIA Officer
U.S. Marshal Service
Bruce Thompson Federal Bldg.
400 South Virginia
Reno, NV 89501

Re: FOIA Request

Dear FOIA Officer:

Under the Federal Freedom of Information Act, I am requesting any agency documents, memos, correspondence, notes, including email, telephonic notes and FAX and DOJ or U.S. Marshal[1] inter-agency communications which pertain to the following:

1. Any request or instruction from any federal district or circuit court judge or clerk, DOJ officer or employee for DOJ and/or the U.S. Marshal Service to initiate an inquiry or investigation into the personal or professional activities of Philip L. Stimac[2] at any time during 2011 and/or 2012.

2. The source and/or method by which the agency knew Stimac was a member of Sports West Athletic Club.

3. The source and/or method by which the agency knew Stimac frequented the Washoe County Law Library.

4. The source and/or method by which the agency knew Stimac would be at either location referred to in # 2 or 3 above on a certain time and date in 2011 or 2012.

5. The tapping or bugging of Stimac's phone or interference with or interception of any of his

---

[1] Hereinafter referred to as "the agency."
[2] Hereinafter "Stimac."

       telephonic communications during the years 2011 and 2012.

6. Any report, findings or conclusions made in connection with any telephonic communication between Stimac and the agency in 2011 or 2012.

7. Any report, findings or conclusions made in connection with any investigative meeting by and between Stimac and the agency in 2011 or 2012.

8. The name of any individual, agency or entity which requested, reviewed or received a copy of the report described in # 7 above.

Thank you in advance for your anticipated cooperation.

Very truly yours,

PHILIP L. STIMAC