Philip L. Stimac
395 Greenstone Drive
Reno, NV 89523
PH. 775 742 4962

In Pro Se

UNITED STATES DISTRICT COURT

NEVADA DISTRICT

Philip L. Stimac, etc., ]   Case No. 3:12-576 RCJ-WGC
et al                   ]
                        ]   MOTION TO STRIKE IMMATERIAL
vs.                     ]   AND INPERTENT WORDS AND
                        ]   LANGUAGE FROM DEFENDANT'S
Eric Holder, etc.,      ]      MOTION TO DISMISS
et al                   ]
                        ]      FRCP 12 [f]
                        ]
_____

I.

Legal Standard

FRCP 12 [f] allows a district judge to strike words and language which is immaterial and impertinent from a pleading.

II.

Words and Language To Be Striken

At page 5, lines 11-17 defendants allege that plaintiff's faith and devotion to the Virgin Mary is:

  a] fanciful at best and patently frivolous;

Stimac vs. Holder    Motion To Strike

      b] describes fantastic of delusional scenarios or contains fanciful allegations.

### III

### Facts

Plaintiff is a practicing Roman Catholic with special devotion to the Virgin Mary. The Virgin Mary is a key character in the Catholic Church. Millions of people worldwide believe or have faith in her.

The Vatican has promulgated four Marian dogmas. It has also approved several of her reported appatitions. The Virgin Mary has been designated as patroness of the United States.

### IV.

### Argument

Defendants opinion of plaintiff's Marian faith and devotion is immaterial and impertinent to this case. Furthermore, it constitutes an impingement on plaintiff's religious freedom.

It is well established that what constitutes religion raises delicate questions which allow every individual to set his own standards. <u>Wisconsin vs. Yoder</u> 406 U.S. 205, 92 S. Ct. 1526.

The First Amendment forbids subtle departures from defendant's neutrality as well as obvious abuses.

<u>Gillette vs. U.S.</u> 401 U.S. 437, 91 S. Ct. 828.

V.

<u>Conclusion</u>

Based on the foregoing analysis, plaintiff requests the court strike the immaterial and impertinent words and language from defendant's motion to dismiss.

DATED: April 5, 2013          _____
                              PHILIP L. STIMAC

## Proof Of Service

I Philip L. Stimac declare that I m over the age of 18, not a party to this case and a resident of Washoe County. On April 13, 2013 I served Points and Authorities In Opposition To Dismiss and Motion To strike by depositing copies in the US Mail addressed to Holly Vance, U.S. Attorney, 100 West Liberty Street, Suite 600.

I declare under penalty of perjury under the laws of Nevada that the foregoing is true and correct.

April 13m 2013                                  _____
                                                PHILIP L. STIMAC